**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JOHN EDWARD CHILDERS, ET AL.**

**VERSUS**

**STATE OF LOUISIANA, THROUGH DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, OFFICE OF STATE POLICE**

**CIVIL ACTION**

**NO. 21-89-JWD-EWD**

## ORDER

Considering the *Motion for Summary Judgment* (Doc. 92), filed by Defendant State of Louisiana, through the Department of Public Safety and Corrections, Office of State Police, and the corresponding *Memorandum in Support of Defendant's Motion for Summary Judgment* (Doc. 93), and for written reasons to follow:

**IT IS ORDERED** that the *Motion for Summary Judgment* (Doc. 92) is **GRANTED**. The parties conceded that Plaintiffs were each able to show a prima facie case of discrimination, but Defendant presented a legitimate non-discriminatory reason for not promoting each of the Plaintiffs, and Plaintiffs were each unable to carry their summary judgment burden to show pretext. In addition, Plaintiff Pitts did not present facts necessary to establish a prima facie case of retaliation at the summary judgment stage. As a result, Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on <u>June 3, 2025</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**